JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John C. Jeffers, | EDCV 09-01083-RT |
|     Movant, | JUDGMENT |
| v. | |
| United States of America, | |
|     Respondent. | |

On November 29, 2010, the court filed a written order (1) granting Movant John C. Jeffers's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255; and (2) dismissing as moot his alternative petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 to vacate and set aside the sentence for factual innocence.

Accordingly, it is ORDERED that judgment be entered as follows:

1)     Movant John C. Jeffers's 28 U.S.C. § 2255 motion is granted and his convictions and sentences for counts 46, 48 and 49 of the First Superseding Indictment as stated in the Judgment and Commitment entered by this Court on June 9, 2005 in ED CR 02-00093-RT, Docket Number 192 are vacated and set aside; and

2) Movant John C. Jeffers's alternative petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed as moot.

DATED: January 21, 2011

*Robert J. Timlin*
ROBERT J. TIMLIN
United States District Judge